UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JARED M. WIGGINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:18-cv-03492-TWP-DLP |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant the United States of America (the "United States"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully requests that the Court dismiss Plaintiff Jared M. Wiggins's claim for the following reasons:

1. On November 8, 2018, Mr. Wiggins filed a "Petition to Reduce Period of Sex Offender Registration for Clean Record under 34 U.S.C. 20915(b)" in which he requested "that the Court reduce [his] sex offender registration" obligation. ECF No. 1 (the "Petition") at 2.

2. Mr. Wiggins's claim is not ripe for adjudication because he has not actually alleged that he is required to register as a sex offender, much less that he has registered or that he would suffer any penalty if he did not register.

3. Accordingly, Mr. Wiggins's Petition does not present a ripe controversy.

4. What is more, Section 20915(b) does not provide a cause of action and Mr. Wiggins has not alleged that any other law authorizes the relief he is seeking.

5. This motion is based upon the United States' contemporaneously filed Brief in Support of Motion to Dismiss, as well as certain documents filed in this case, which are cited in the Brief by ECF Number.

**WHEREFORE,** the United States, by counsel, respectfully requests that the Court dismiss Mr. Wiggins's claim for lack of jurisdiction.

                                                                            Respectfully submitted,

                                                                            JOSH J. MINKLER
                                                                            United States Attorney

                                    By:    *s/ Lara Langeneckert*
                                                           Lara Langeneckert
                                                          Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333

# **CERTIFICATE OF SERVICE**

I hereby certify that April 2, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ Lara Langeneckert*
Lara Langeneckert
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN 46204
Telephone: (317) 226-6333